1

2

3

4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6

7    ANTHONY R. TURNER, G27511,            )

8                    Petitioner,           )       No. C 14-4376 CRB (PR)
                                           )
         vs.                               )       ORDER OF TRANSFER
9                                          )
     WILLIAM MUNIZ, Acting Warden,         )       (Dkt. #5)
10                                         )
                     Respondent.           )
11   _____)

12          Petitioner seeks federal habeas review of a conviction from Yolo County

13   Superior Court, which lies within the venue of the Eastern District of California.  See 28

14   U.S.C. § 84(b).  Petitioner is incarcerated at Salinas Valley State Prison in Monterey

15   County, which lies within the venue of this judicial district.  See id. § 84(a).

16          Venue is proper in a habeas action in either the district of confinement or the

17   district of conviction, see id. § 2241(d); however, petitions challenging a conviction

18   preferably are heard in the district of conviction.   See Habeas L.R. 2254-3(a);

19   Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993).

20          Because Yolo County lies in the Eastern District of California, the court

21   ORDERS that pursuant to 28 U.S.C. § 1404(a) and Habeas Local Rule 2254-3(b), and in

22   the interest of justice, this petition be TRANSFERRED to the United States District

23   Court for the Eastern District of California.

24          The clerk shall transfer this matter and terminate all pending motions as moot.

25   SO ORDERED.

26   DATED:  Dec. 15, 2014

                                    _____
27                                  CHARLES R. BREYER
                                    United States District Judge

28   G:\PRO-SE\CRB\HC.14\Turner, A.14-4376.transfer.wpd